

The following constitutes the order of the court.
Signed December 17, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

```
                                  |
In re                             |
                                  |   No. 15-42569
Liane Mason,                      |
                                  |   Chapter 13
                                  |
         Debtor.                  |
_____|
```

**MEMORANDUM RE DEBTOR'S REQUEST FOR ADDITIONAL TIME TO PREPARE FOR 341 MEETING OF CREDITORS**

On December 10, 2015, Debtor filed a *Request for Additional Time to Prepare for 341 Meeting of Creditors* (Doc. 48). The Court has no control over the scheduling of 341 meetings. Debtor should address requests regarding the scheduling of the 341 meeting, or any other questions or concerns regarding the 341 meeting to the Office of the United States Trustee.

**End of Memorandum**

**COURT SERVICE LIST**

Liane Mason
1004 Auburn Dr.
Alameda, CA 94502-6903